**88-639.** State v. Jones. *Cuyahoga Coun-*

*ty,* No. 53333. On motion for leave to file delayed appeal. Motion granted.